**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ZVIADI AMAGLOBELI**                         **CASE NO.  1:23-CV-00135 SEC P**

**VERSUS**                                    **JUDGE TERRY A. DOUGHTY**

**ALEJANDRO MAYORKAS ET AL**                  **MAG. JUDGE PEREZ-MONTES**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Zviadi Amaglobeli's Motion for Temporary Restraining Order [Doc. No. 4] is **DENIED** for failure to allege that he faces any immediate and irreparable injury, loss, or damage; failure to provide legal justification for a temporary restraining order, and for failure to meet the requirements of Federal Rule of Civil Procedure 65.

MONROE, LOUISIANA, this 24th day of February 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT