UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ZVIADI AMAGLOBELI | CIVIL ACTION NO. 23-cv-135 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ALEJANDRO MAYORKAS ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 13] previously filed herein, and having thoroughly reviewed the record, noting the absence of objections, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 20th day of July 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE